**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7003**

CHARLES A. RIPPY, JR.,

        Plaintiff – Appellant,

    v.

OFFICER THOMAS BURKETT,

        Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:08-ct-03006-H)

Submitted:  August 20, 2009        Decided:  August 27, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles A. Rippy, Jr., Appellant Pro Se.  Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Rippy, Jr., appeals the district court's order granting summary judgment in Defendant's favor in Rippy's civil rights action under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rippy v. North Carolina, No. 5:08-ct-03006-H (E.D.N.C. May 15, 2009). Although we grant Rippy's application to proceed in forma pauperis, we deny his motions requesting release from imprisonment, payment for constitutional violations, and a change in his nationality and race. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED